UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIGUEL A. COTRICH,**

**Plaintiff,**

v.  Case No: 6:17-cv-1272-Orl-18DCI

**BOARD FOR CORRECTION OF MILITARY RECORDS,**

**Defendant.**

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on Plaintiff Miguel A. Cotrich's ("Cotrich") Motion for Leave to Proceed *in Forma Pauperis* (Doc. 16). On January 30, 2018, the United States Magistrate Judge entered a Report and Recommendation regarding same (Doc. 17), to which Cotrich filed an objection (Doc. 18).[1] After review of the Report and Recommendation (Doc. 17) and *de novo* review of the portions of the Report and Recommendation to which Cotrich objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 17) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Miguel A. Cotrich's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 16) is **DENIED**.

---

[1] Although Cotrich titles his filing "Motion Appealing the Forma Pauperis (Doc 16)," the Court will construe Cotrich's filing as a timely-filed objection to the Report and Recommendation.

3. Plaintiff Miguel A. Cotrich's Second Amended Complaint (Doc. 14) is **DISMISSED**.

4. The Clerk of Court is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this 27 day of February, 2018.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties